UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IRVIN GREENE,

                 Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

                 Defendant.

No. 3:19-cv-5436 RJB

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court **ADOPTS** the Report and Recommendation (Dkt. 7).

(2)     Plaintiff's case **IS DISMISSED WITHOUT PREJUDICE**.

(3)     The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

**DATED** this 30th day of September, 2019.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1